United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTOINETTE JARDINE-BYRNE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ COUNTY BOARD OF LAW LIBRARY TRUSTEES, et al.,<br><br>Defendants. | Case No. 5:16-cv-03253-EJD<br><br>**JUDGMENT** |

Based upon the Court's Order Granting Defendants' Motion to Dismiss; Vacating Trial Setting Conference, JUDGMENT is hereby entered in favor of Defendants and against Plaintiff as to Plaintiff's fourth, fifth and sixth causes of action.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-03253-EJD
JUDGMENT

1